USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERIE L. WELDON,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

Defendants.

1:26-CV-5218 (AT)

ORDER OF SERVICE

ANALISA TORRES, United States District Judge:

Plaintiff Sherie L. Weldon, of New York, New York, brings this *pro se* action asserting claims of retaliation and of employment discrimination under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, and the New York State and City Human Rights Laws. She sues: (1) her employer, the New York City Department of Education ("NYCDOE"); (2) the Principal of the NYCDOE's Manhattan Early College School for Advertising ("MECA"), Sarah Kaplan; and (3) MECA Assistant Principal China Camacho.[1]

By order dated June 29, 2026, the court granted Plaintiff's leave to proceed *in forma pauperis*, that is, leave to proceed without prepayment of fees. The Court directs service on the Defendants.

## DISCUSSION

### A. Service on the Defendants

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on the assistance of the court and the United States Marshals Service ("USMS") to effect service.[2]

[1] Plaintiff sues the individual Defendants in their individual and official capacities.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") generally requires that summonses and the complaint be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses for the Defendants and

*Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on the Defendants (the NYCDOE, Kaplan, and Camacho) through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for each of the Defendants. The Clerk of Court is further instructed to issue a summons for each of the Defendants (the NYCDOE, Kaplan, and Camacho) and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint on each Defendant.

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

**B. City Bar Justice Center**

The City Bar Justice Center ("CBJC") operates the SDNY Federal Pro Se Legal Assistance Project to assist parties representing themselves with civil actions filed this court.[3] Appointments can be scheduled by completing the CBJC's intake form. If Plaintiff is not able to

---

the complaint until the Court reviewed the complaint and ordered that summonses for the Defendants be issued. The Court therefore extends the time to serve the Defendants with summonses and the complaint until 90 days after the date that summonses for the Defendants are issued. If summonses and the complaint are not served on the Defendants within 90 days from the date that summonses for the Defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) (summary order) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

[3] The CBJC is a private organization that is not part of the court, and the CBJC's SDNY Federal Pro Se Legal Assistance Project cannot accept filings on behalf of the court.

complete this form, or if she has questions about the form, she may call (212) 382-4794. A flyer with details is attached.

**CONCLUSION**

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue a summons for each Defendant (the New York City Department of Education, Sarah Kaplan, and China Camacho); (2) complete USM-285 forms with the service addresses of the Defendants; and (3) deliver all documents necessary to effect service of a summons and the complaint on each Defendant to the USMS.

Plaintiff may receive court documents by email by completing the form, Consent to Electronic Service.[4]

SO ORDERED.

Dated: August 25, 2026
New York, New York

ANALISA TORRES
United States District Judge

[4] If Plaintiff consents to receive documents by email, she will no longer receive court documents by regular mail.

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. New York City Department of Education
   c/o New York City Law Department
   100 Church Street
   New York, New York 10007

2. Sarah Kaplan, Principal
   Manhattan Early College School for Advertising
   411 Pearl Street, 3rd Floor
   New York, New York 10038

3. China Camacho, Assistant Principal
   Manhattan Early College School for Advertising
   411 Pearl Street, 3rd Floor
   New York, New York 10038

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project (Fed Pro) provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

## HOW TO SCHEDULE AN APPOINTMENT

To schedule an appointment for assistance with City Bar Justice Center's Fed Pro project, you must first complete our online Intake Form.

- Our online Intake Form is accessible via one of these methods:
  - Scan the QR code to the right.
  - Go to bit.ly/prosesdny
- Once on the City Bar Justice Center Federal Pro Se Legal Assistance page, scroll down to "SDNY" and then click "APPLY FOR HELP" to be taken to the Intake Form.
- When the Intake Form asks: "How can we help you", please select "Federal Court Case" from the drop-down menu. The Fed Pro SDNY office will receive your application ONLY if you select "federal court case." If you select anything else, you will need to re-complete your application.

Once you complete the form, someone will contact you, usually within five business days, to schedule an appointment. If you are not able to complete the Intake Form, please call **(212) 382-4794**, leave a detailed message, and wait for us to call you back, typically within five business days.

## HOW WE HELP

**While we cannot provide full representation,** we can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including **mediation**)

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

**IMPORTANT NOTICE**

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

________________________________________

________________________________________

| | | | |
|---|---|---|---|
| Name (Last, First, MI) | | | |
| Address | City | State | Zip Code |
| Telephone Number | | E-mail Address | |
| Date | | Signature | |

**Click Here to Save**